# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY HUNTINGTON,<br><br>                      Plaintiff,<br>  -vs-<br><br>SMOKE CITY FOR LESS, LLC; VAPOR BEAST, LLC; and DOES 2-50,<br>                      Defendants. | Case No.    4:22-CV-05014-MKD<br><br>CIVIL MINUTES<br><br>DATE:      MARCH 28, 2024<br>LOCATION: RICHLAND VIDEO CONFERENCE<br><br>SCHEDULING CONFERENCE |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Cora Vargas | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Kevin Dalia<br>Corrie Johnson Yackulic | | John Raschko for Smoke City for Less<br>Erin Fraser and Tori Levine for Vapor Beast |
| **Plaintiff's Counsel** | | **Defendants' Counsel** |

**[X] Open Court**        **[ ] Chambers**        **[X] Video conference**

The Court informed counsel that a hearing with oral argument needs to be set on the pending motion to dismiss, ECF No. 69. After discussion, the Court and counsel agreed to a hearing date of **April 26, 2024 at 10:00 AM** by video conference – counsel may appear in person if they wish.

The Court and counsel discussed proposed dates and deadlines submitted by counsel.

After discussion, the Court and counsel set the following schedule:

| | |
|---|---|
| Initial Disclosure Deadline: | 14 days after ruling on motion to dismiss |
| Plaintiff's Expert Deadline: | 07/29/2024 |
| Defendants' Expert Deadline: | 08/26/2024 |
| Expert Rebuttal Deadline: | 09/23/2024 |
| Discovery Deadline: | 10/04/2024 |
| Daubert and Dispositive Motion Deadline: | 10/11/2024 |

**Pretrial Conference:** 02/13/2025 at 1:30 PM in Richland – parties may request video if no testimony
**Jury Trial:**            03/03/2025 at 9:00 AM in Richland , with Final PTC at 8:30 AM

Other dates and procedures to be addressed in Scheduling Order.

**[X]  ORDER FORTHCOMING**

| **Convened:** 9:35 a.m. | **Adjourned:** 9:57 a.m. | **Time:** :22 hr. | **Calendared** [X] |
|---|---|---|---|

*Huntington -vs- Smoke City for Less, et al.*                                          March 28, 2024
4:22-CV-05014-MKD                                                                        Page 2
Scheduling Conference

The Court informed counsel of the following:

- Dates may be amended only by order of the Court after a motion is filed, not by stipulation only;
- The Court's discovery dispute and settlement/mediation processes;
- Local rules must be adhered to; and
- Hearings may be conducted by video upon request if testimony will not be presented.

Ms. Levine requested clarification as to whether they are allowed to discuss a video recorded by the Plaintiff at a store in the State of Oregon when they engage in depositions in Washington State.
- Mr. Dalia indicated the video was taken in Oregon and suggested that Oregon law controls and Oregon's recording statute was deemed constitutional at the time the video was recorded.
- Additional comments by Ms. Levine.
- Mr. Dalia requested the parties be allowed to brief the issue.

**Court**: the parties shall confer regarding a briefing schedule on the issue and shall email their proposed schedule to the courtroom deputy. The Court will set a hearing for a date approximately two weeks after the issue is fully briefed.