Corrie Yackulic, WSBA No. 16063
**Corrie Yackulic Law**
110 Prefontaine Place South, Suite 304
Seattle, WA 98104
corrie@cjylaw.com

Laurel L. Simes
*Admitted Pro Hac Vice*
Kevin S. Dalia
*Admitted Pro Hac Vice*
**Levin Simes LLP**
1700 Montgomery Street, Suite 250
San Francisco, CA  94111
P: (415) 426-3000 | F: (415) 426-3001
llsimes@levinsimes.com
kdalia@levinsimes.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY HUNTINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>SMOKE CITY FOR LESS LLC d/b/a SMOKE CITY FOR LESS; VAPOR BEAST LLC; AND DOES 2-50<br><br>Defendants. | Case No.: 4:22-cv-05014-ACE<br><br>**JOINT STATUS REPORT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE pursuant to this Court's order dated October 17, 2024, Plaintiff, Jeffrey Huntington, Defendant Vapor Beast LLC, and Defendant Smoke City for Less LLC attended mediation with Judge Goeke on January 28, 2025. The parties did not reach a settlement. As such, the parties request the Court

JOINT STATUS REPORT
PAGE- 1

rule on the parties' pending motions for summary judgment before conducting expert discovery.

Dated this 4th day of February 2025.   Respectfully submitted,

        LEVIN SIMES, LLP

*/s/ Kevin Dalia*
Laurel L. Simes
*Admitted Pro Hac Vice*
Kevin S. Dalia
*Admitted Pro Hac Vice*
**Levin Simes LLP**
1700 Montgomery Street
Suite 250
San Francisco, CA 94111
Telephone: (415) 426-3000
Facsimile: (415) 426-3001
llsimes@levinsimes.com
kdalia@levinsimes.com

Corrie Yackulic, WSBA No. 16063
**Corrie Yackulic Law**
110 Prefontaine Place South
Suite 304
Seattle, WA 98104
Telephone: (206) 787-1915
corrie@cjylaw.com

*Attorneys for Plaintiff*


*/s/ Tori Levine*
Tori Levine (Admitted Pro Hac Vice)
**Spencer Fane LLP**
5700 Granite Parkway, Suite 650
Plano, TX 75024
Telephone: (972) 324-0304
Facsimile: (972) 324-0301

tlevine@spencerfane.com

Erin Fraser, WSBA No. 43379
**Wilson, Elser, Moskowitz, Edelman & Dicker LLP**
520 Pike Street, Suite 2350
Seattle, WA 98101
Telephone: (206) 709-5882
Facsimile: (206)709-5901
Email: Erin.Fraser@wilsonelser.com

*Attorneys for Defendant Vapor Beast LLC*


*/s/ John Raschko*
John A. Raschko, WSBA No. 45481
**Miller, Mertens & Comfort, PLLC**
1020 N. Center Parkway, Suite B
Kennewick, WA 99336
Telephone: (509) 374-4200
Facsimile: (509) 374-4229
Email: jraschko@mmclegal.net

*Attorney for Smoke City for Less*

## CERTIFICATE OF SERVICE

I certify that I have this day electronically filed the within and foregoing *JOINT STATUS REPORT* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 4th day of February 2025.

/s/ *Kevin S. Dalia*
Kevin S. Dalia, Esq.