John A. Raschko
Email: jraschko@mmclegal.net
1020 N. Center Parkway, Suite B
Kennewick, WA 99336
Telephone: (509) 374-4200
Fax: (509) 374-4229
*Attorneys for Smoke City for Less*

UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY HUNTINGTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SMOKE CITY FOR LESS LLC d/b/a SMOKE CITY FOR LESS; VAPOR BEAST LLC; AND DOES 2-50<br><br>　　　　Defendants. | NO.  4:22-CV-05014-MKD<br><br>PROPOSED STIPULATED SCHEDULING ORDER |

COME NOW, Plaintiff Jeffrey Huntington ("Plaintiff") and Defendants Smoke City for Less LLC, d/b/a Smoke City For Less and Vapor Beast LLC ("Defendants") by and through undersigned counsel, and respectfully present the following Proposed Stipulated Scheduling Order and Trial Date pursuant to the Court's March 4, 2025 Order (ECF No. 121).

Consistent with the aforementioned Order, the Parties propose the following scheduling order:

| | | |
|---|---|---|
| 1 | Rule 26(a)(1) exchange | **COMPLETED** |
| 2 3 | Deadline to add parties, amend pleadings, and file for class certification | **COMPLETED** |
| 4 5 | Rule 26(a)(2) expert reports produced to other parties and emailed to the Court: | **COMPLETED** |
| 6 7 | All interrogatories, requests for production, and requests for admission, served | **COMPLETED** |
| 8 | Motions to compel discovery filed | **COMPLETED** |
| 9 10 | **Discovery Cutoff** | **June 27, 2025** |
| 11 | Notice of to-be-adjudicated claims and affirmative defenses filed | **June 8, 2025** |
| 12 | All *Daubert* motions filed | **July 25, 2025** |
| 13 14 | All dispositive and state certification motions filed | **COMPLETED** |
| 15 16 | Witness and exhibit lists:<br>    Lists filed and served:<br>    Objections filed and served: | **July 29, 2025**<br>**August 5, 2025** |
| 17 18 | Deposition designations:<br>    Designated transcripts served:<br>    Cross-designations served:<br>    Objections filed and served: | **July 22, 2025**<br>**August 5, 2025**<br>**August 19, 2025** |
| 19 20 | All motions *in limine* filed | **August 5, 2025** |
| 21 22 | Joint Proposed Pretrial Order filed and emailed to the Court | **August 19, 2025** |
| 23 24 | Trial briefs, jury instructions, verdict forms, requested *voir dire* | **August 19, 2025** |
| 25 | **PRETRIAL CONFERENCE** | **September 1, 2025** |
| 26 | Exhibits for trial | **2 Weeks Before Trial** |

PROPOSED STIPULATED SCHEDULING ORDER - 2

| Referral to Magistrate Judge | COMPLETED |
|---|---|
| **FINAL PRETRIAL CONFERENCE** | September 22, 2025<br>8:30 a.m. - Richland |
| **JURY Trial** | September 22, 2025<br>9:00 a.m. - Richland |

WHEREFORE, for the foregoing reasons, the Parties respectfully request this Court grant the Parties' request to amend the scheduling order.

DATED this 18th day of March, 2025.

MILLER MERTENS & COMFORT, PLLC

By:  /s/ John A. Raschko
     JOHN A. RASCHKO, WSBA #45481
     Attorney for Defendant
     Smoke City for Less LLC
     1020 North Center Parkway, Suite B
     Kennewick, WA 99336
     Telephone: (509) 374-4200
     Fax: (509) 374-4229
     Email: jraschko@mmclegal.net

*Attorneys for Defendant Smoke City for Less LLC*

CORRIE YACKULIC LAW FIRM, PLLC

By:  /S/ Corrie Yackulic
     Corrie Yackulic, WSBA No. 16063
     110 Prefontaine Place South, Suite 304
     Seattle, WA 98104
     Telephone:  (206) 787-1915
     corrie@cjylaw.com

LEVIN SIMES LLP

By:  /S/Kevin S. Dalia
     Laurel L. Simes *(Admitted Pro Hac Vice)*
     Kevin S. Dalia *(Admitted Pro Hac Vice)*

1700 Montgomery Street, Suite 250
San Francisco, CA 94111
Telephone: 415.426.3000
Facsimile: 415.426.3001
llsimes@levinsimes.com
kdalia@levinsimes.com

*Attorneys for Plaintiff*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   /S/ Erin P. Fraser
      Erin P. Fraser
      520 Pike Street, Suite 1515
      Seattle, WA 98101
      Telephone:  (206) 709-5900
      Facsimile:  (206) 709-5901
      Erin.Fraser@wilsonelser.com


BOWMAN AND BROOK LLP

By:   /S/ Tori S. Levine
      Tori S. Levine (Admitted Pro Hac Vice)
      5850 Granite Parkway, Suite 900
      Plano, TX 75024
      Telephone:  (972) 616-1758
      Tori.Levine@bowmanandbrooke.com

*Attorneys for Defendant TPB Beast LLC*