# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 25, 2025

SEAN F. McAVOY, CLERK

JEFFREY HUNTINGTON,

*Plaintiff*

v.

SMOKE CITY FOR LESS LLC D/B/A SMOKE CITY FOR LESS; VAPOR BEAST LLC,

*Defendant*

Civil Action No. 4:22-CV-05014-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant Vapor Beast LLC's Motion for Summary Judgment, ECF No. 86, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF No. 93, is DENIED.
Pursuant to the Order filed at ECF No. 127, Judgment is entered in favor of Defendant Vapor Beast LLC on all of Plaintiff's claims.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke .

Date: 4/25/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza