FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 17, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JEFFREY HUNTINGTON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMOKE CITY FOR LESS LLC D/B/A SMOKE CITY FOR LESS,<br><br>　　　　　Defendant. | No. 4:22-CV-05014-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 132** |

　　　Before the Court is the parties' Stipulated Motion of Dismissal, ECF No. 132.  The parties stipulate to the dismissal of all claims with prejudice and without an award of costs or fees.  *Id.* at 1-2.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The Stipulated Motion of Dismissal is signed by all parties who have appeared and not already been dismissed from the case.[1]

---

[1] The only remaining Defendant in this case is Smoke City for Less LLC.  The

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion of Dismissal, **ECF No. 132**, is **GRANTED.**

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

3. Any pending motions are **DENIED as moot**.

4. All hearings and other deadlines are **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE** the file.

DATED October 17, 2025.

*s/Mary K. Dimke*<br>MARY K. DIMKE<br>UNITED STATES DISTRICT JUDGE

---

stipulation has been signed by counsel for this Defendant.

ORDER - 2